[No. 39570-3-II.   Division Two.   March 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BOW STAR HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00237-6, Richard L. Brosey, J., entered June 24, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Van Deren, J.

[No. 39631-9-II.   Division Two.   March 1, 2011.]

*In the Matter of the Detention of* JOSEPH CARL TOWNSEND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-09054-7, Susan Serko, J., entered August 6, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39807-9-II.   Division Two.   March 1, 2011.]

PUGET SOUND MEDICAL SUPPLY, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-00311-3, Christine A. Pomeroy, J., entered September 4, 2009. *Affirmed* by unpublished opinion per Hartman, J. Pro Tem., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 39847-8-II.   Division Two.   March 1, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WOODROW FRANKLIN DILLON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00035-4, Toni A. Sheldon and Amber L. Finlay, JJ., entered September 21, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, A.C.J., and Van Deren, J.